# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Paul E. Plunkett | Sitting Judge if Other than Assigned Judge | Ian H. Levin |
|---|---|---|---|
| **CASE NUMBER** | 02 C 8163 | **DATE** | 1/29/2003 |
| **CASE TITLE** | IL District Council vs. Silvino Tinajero | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Plaintiff's motion for default judgment and entry of final order

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]
(2) □ Brief in support of motion due _____.
(3) □ Answer brief to motion due _____. Reply to answer brief due _____.
(4) □ Ruling/Hearing on _____ set for _____ at _____.
(5) □ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) □ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) □ Trial[set for/re-set for] on _____ at _____.
(8) □ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) □ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   □ FRCP4(m)  □ Local Rule 41.1  □ FRCP41(a)(1)  □ FRCP41(a)(2).
(10) ■ [Other docket entry] **Enter report and recommendation recommending that plaintiff's motion for default judgment and entry of final order be granted and, accordingly, it is recommended that the order attached hereto be entered by the District Judge.**
(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JAN 3 0 2003 | |
| | Notified counsel by telephone. | | date docketed | 5 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | | |
| SM | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# ORDER

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) day of receipt of this notice. Failure to file objections within the specified time waives the right to appear on the Magistrate Judge's Report and Recommendation. See Fed. R. CIV. P. 72 (B); 28 U.S.C. 636(B)(1)(B); LORENTZEN v. ANDERSON PEST/CONTROL, 64 F.3D 327, 329 (7TH CIR. 1995); THE PROVIDENT BANK v. MANOR STELL CORP., 882 F.2D 258 (7th CIR 1989).